IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-876-AP

TINA NUTTING,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

        For Plaintiff:
        Frederick W. Newall, Esq.
        730 N. Weber, #101
        Colorado Springs, Colorado 80903
        (719) 633-5211
        (719) 635-6503 (Facsimile)
        Newallfrederickw@qwest.com

        For Defendant:
        Michele M. Kelley
        Special Assistant United States Attorney

        *Mailing Address:*
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-0812
        (303) 844-0770 (Facsimile)
        Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** May 13, 2005

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** May 27, 2005

    **C.**    **Date Answer and Administrative Record Were Filed:** July 26, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties intend to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

The parties bring no other matters to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:** September 23, 2005

    **B.**    **Defendant's Response Brief Due:** October 24, 2005

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** November 8, 2005

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Defendant does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>12th</u> day of <u>August</u>, 2005.

                                                      BY THE COURT:

                                                  **S/John L. Kane**
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| | WILLIAM J. LEONE |
| | United States Attorney |
| | |
| s/ Frederick W. Newall | s/ Kurt J. Bohn |
| FREDERICK W. NEWALL, ESQ. | KURT J. BOHN |
| 730 N. Weber, #101 | Assistant United States Attorney |
| Colorado Springs, Colorado 80903 | 1225 Seventeenth Street, Suite 700 |
| Telephone: (719) 633-5211 | Drawer 3608 |
| Facsimile: (719) 635-6503 | Denver, CO  80202 |
| Newallfrederickw@qwest.com | Telephone: (303) 454-0100 |
| | |
| Attorney for Plaintiff | s/ Michele M. Kelley |
| | MICHELE M. KELLEY |
| | Special Assistant United States Attorney |
| | |
| | *Mailing Address:* |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | Telephone: (303) 844-0812 |
| | Facsimile: (303) 844-0770 |
| | michele.kelley@ssa.gov |
| | |
| | Attorneys for Defendant |